**Gene VICK v. STATE.**

No. 18998.

Court of Criminal Appeals of Texas.

April 14, 1937.

T. L. Price, of Post, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Richard SLEDGE v. STATE.**

No. 18905.

Court of Criminal Appeals of Texas.

March 24, 1937.

Lawrence L. Barber, of Ennis, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, five years in the penitentiary.

We find accompanying the record an affidavit in due form, made by this appellant, asking that his appeal be dismissed. The appeal is dismissed at the request of the appellant.

**Kenneth WHITTINGTON v. STATE.**

No. 18797.

Court of Criminal Appeals of Texas.

March 24, 1937.

C. L. Stone, and V. W. McDavid, both of Henderson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Appellant was convicted of the murder of Burton Perry and his punishment assessed at ten years in the penitentiary.

Appellant has filed with this court his affidavit, stating that he does not desire further to prosecute his appeal, and at his request the appeal is dismissed.

**W. L. CRAWFORD, Appellant, v. S. G. SMITH, Appellee.**

No. 9985.

Court of Civil Appeals of Texas. San Antonio.

March 24, 1937.

Rehearing Denied April 21, 1937.

Gaines, Gaines & Roberts, of San Antonio, for appellants.

Johnson & Rogers, of San Antonio, and Mead & Metcalf, of Marfa, for appellee.

SMITH, Chief Justice.

The judgment is affirmed.

SLATTON, J., disqualified and not sitting.